IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| UNITED STATES OF AMERICA, | |
|---|---|
| Plaintiff, | 4:18CR3002 |
| vs. | |
| GREGORIO F. RANGEL-AVILA, | ORDER |
| Defendant. | |

After conferring with Defense counsel,

IT IS ORDERED:

1) Defendant's motion to set a status conference, (Filing No. 19), is granted.

2) A status conference will be held before the undersigned magistrate judge at 2:45 p.m. on January 24, 2018 in Courtroom 2, United States Courthouse and Federal Building, 100 Centennial Mall North, Lincoln, Nebraska to discuss case progression and a potential trial setting. Defendant, defense counsel, and counsel for the government shall be present at the conference.

January 19, 2018.

BY THE COURT:

*s/ Cheryl R. Zwart*
United States Magistrate Judge